IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KOMLA AMOUZOU** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **COUNTY OF DELAWARE,** *et al.* | : | **NO. 23-2988** |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 21st day of October, 2025, upon consideration of Defendants' Motion for Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED** in its entirety. Judgment is entered in favor of all Defendants on all claims. This matter is hereby **DISMISSED WITH PREJUDICE.** The Clerk of Courts is directed to close this case.

BY THE COURT:

_____
Hon. Mia R. Perez